CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 0 1 2016
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5:11-cr-00037-1 |
| v. | ORDER |
| JAMES LOUIS WHITTLESEY,<br>Petitioner. | By: Hon. Michael F. Urbanski<br>United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice as successive, a certificate of appealability is **DENIED**, and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 1st day of July, 2016.

/s/ Michael F. Urbanski
United States District Judge