IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
03/09/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case Nos. 5:11-cr-00037 |
| ) | 5:12-cr-00028 |
| ) | 5:12-cr-00029 |
| JAMES LOUIS WHITTLESEY, ) | 5:12-cr-00034 |
| ) | |
| ) | By: Michael F. Urbanski |
| ) | Senior United States District Judge |
| ) | |
| Defendant-Petitioner  ) | |

## ORDER

On February 9, 2026, James Louis Whittlesey, proceeding pro se, filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1), commonly known as compassionate release. ECF No. 61 in Case No. 5:11-cr-00037; ECF No. 27 in Case No. 5:12-cr-00028; ECF No. 30 in Case No. 5:12-cr-00029; ECF No. 29 in Case No. 5:12-cr-00034. Pursuant to the Supplement to Standing Order 2019-1, the Federal Public Defender (FPD) was appointed to represent any defendant sentenced in this district who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether that defendant may qualify for compassionate release as a result of the COVID-19 pandemic pursuant to 18 U.S.C. § 3582(c), as revised by section 603 of the First Step Act of 2018. Although Whittlesey's motion does not appear to be based on COVID-19, the court nonetheless finds good cause to appoint the Federal Public Defender to represent Whittlesey consistent with its representation in the COVID-19 compassionate release cases.

In the interest of judicial economy, it is **ORDERED** as follows:

1. The FPD shall investigate whether petitioner has a valid claim for a sentence reduction. The FPD is directed to file a response to this order **within thirty days**, either by filing an amended motion for a sentence reduction or by filing a notice indicating that she will not be pursuing an amended motion.

2. The government shall file a response **within thirty days** of the FPD's response.

3. The petitioner, whether pro se or represented by counsel, shall file any reply **within thirty days** of the government's response.

It is so **ORDERED**.

Entered: March 9, 2026

Michael F. Urbanski
U.S. District Judge
2026.03.09 13:20:45
-04'00'

Michael F. Urbanski
Senior United States District Judge